UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DAVID MALDONADO,<br><br>                Petitioner,<br><br>   v.<br><br>JAMES ROBERTSON, Warden,<br><br>                Respondent. | CASE NO. CV 20-1769-PA(AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. After having made a *de novo* determination of the portions of the Report and Recommendation to which objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.[1]

---

[1] **Error! Main Document Only.**The Court notes that Petitioner's objections to the findings and conclusions set forth in the Report

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: April 1, 2021__

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

---

and Recommendation reiterate the arguments raised in the Petition and have been thoroughly addressed in the Report and Recommendation.**Error! Main Document Only.**