**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON DAVID MALDONADO, | CASE NO. CV 20-1769-PA(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES ROBERTSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 1, 2021__

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE